JOHN WHITFIELD, Appellant, v STATE OF NEW YORK, Respondent.

Submitted December 6, 2010; decided January 18, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.